## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-11217-TPA |
|     Leo J. Nixon, | : | Chapter 13 |
|         Debtor | : | |
| | : | Related to Document No. 31 |
| Leo J. Nixon, | : | |
|         Movant | : | |
| | : | |
|         v. | : | |
| | : | |
| Specialized Loan Servicing, | : | |
| | : | |
|         AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|         Respondents | : | |

### **CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Interim Mortgage Modification Order** by Electronic-Mail and/or US Mail, Postage Pre-Paid on the parties below.

Executed on: **March 30, 2020**

By: /s/ Kathryn M. Schwartz
Kathryn M. Schwartz,
PARALEGAL
FOSTER LAW OFFICES, LLC
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

DMM Portal Upload

LMP@chapter13trusteewdpa.com
*Service via Email*

Leo J. Nixon
2318 Reed Street
Erie, PA 16503
*Service via US Mail*

Specialized Loan Servicing
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129
*Service via US Mail*