FILED
7/15/20 3:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: Leo J. Nixon

Case Number: 19-11217-TPA                    (Chapter 13)
Date / Time / Room: 07/07/2020 11:30 am /Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

### *Matter:*        #13 - Final Confirmation of Plan dated 1/2/2020 (NFC)

*LMP*
*pending*

### *Appearances:*

Debtor:         *Foster*
Trustee:        Winnecour/ Katz/ DeSimone
Creditor:

### *Proceedings:*

Recommended Outcome:

1. _    Case Converted to Chapter 7
2. _    Case Converted to Chapter 11
3. _    Case Dismissed without Prejudice
4. _    Case Dismissed with Prejudice
5. _    Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. _    The plan payment/term is increased/extended to _____, effective

7. X    Plan/Motion continued to __*11/10/20*__ at __*10:00 AM*__.
8. _    An Amended Plan is to be served on all creditors and certificate of service filed by
        Objections are due on or before _____.
        A hearing on the Amended is set for _____ at
_____.
9. _    Other:

**For Judge Agresti cases:**
Student Loan Debt:   If the pro rata or timing of the proposed plan payment on student loan debt differs in any
respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: