**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/30/20 10:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-11217-TPA |
| Leo J. Nixon, | : | |
|     Debtor | : | Chapter 13 |
| | : | |
| Leo J. Nixon, | : | Related to Document No. 36 |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Specialized Loan Servicing, LLC, | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|     Respondents | : | |

**ORDER**

A *Loss Mitigation Order* dated February 26, 2020, was entered in the above matter at Document No. 24. On July 17, 2020, a **Motion to Extend the Loss Mitigation Period** was filed by Leo J. Nixon at Document No. 36.

*AND NOW*, this __30th__ day of __July__, *2020*, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including September 28, 2020*.

/s/ Thomas P. Agresti  vas
Thomas P. Agresti,
United States Bankruptcy Judge

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                          Case No. 19-11217-TPA
Leo J. Nixon                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: mgut              Page 1 of 1              Date Rcvd: Jul 30, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2020.
db            +Leo J. Nixon,    2318 Reed Street,    Erie, PA 16503-2140

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2020 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Leo J. Nixon dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
               .com
              James   Warmbrodt    on behalf of Creditor    ABFC 2002-WF1 Trust, ABFC Mortgage Loan Asset-Backed
               Certificates, Series 2002-WF1, U.S. Bank National Et Al... bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4