Case 19-11217-TPA Doc 48 Filed 08/19/20 Entered 08/19/20 16:07:18 Desc Main
Document Page 1 of 1

FILED
8/19/20 4:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | | |
|---|---|---|---|---|
| In re: | : | | Case No.: | 19-11217-TPA |
| | : | | | |
| Leo J. Nixon | : | | Chapter: | 13 |
| | : | | | |
| *Debtor(s).* | : | | | |
| | : | | Date: | 8/19/2020 |
| | : | | Time: | 10:30 |

## PROCEEDING MEMO

*MATTER:*      #39 Motion to Authorize Loan Modification

*APPEARANCES:*
     Debtor: Daniel P. Foster
     Trustee: Owen Katz

*NOTES:*

Foster:

Katz:      No objection.

*OUTCOME:*      GRANTED / OE

*/s/ Thomas P. Agresti*
vas