FILED
8/19/20 4:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-11217 TPA |
|    Leo J. Nixon, | : | |
|           Debtor | : | Chapter 13 |
| | : | |
| Leo J. Nixon, | : | Related to Document No. 39 |
|           Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Specialized Loan Servicing, LLC, | : | |
| | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|           Respondents | : | |

## ORDER

AND NOW, this **19th** day of _____**August**_____, **2020**, it is hereby **ORDERED** that:

(1)  The Modification Agreement between **Leo J. Nixon & Specialized Loan Servicing, LLC** is approved;

(2)  The terms of the loan shall be as follows:

    a.  Due Date:    September 1, 2020 and the 1st of each month thereafter;
    b.  New Monthly Payment:    $285.37 = $95.33 (P&I) + $190.04 (Escrow)
    c.  Interest Rate:    3.375%;
    d.  Loan Term:    40 Years;
    e.  Maturity Date:    March 1, 2033;
    f.  Principal Balance:    $35,844.36; (*only $25,091.05 is interest-bearing)
    g.  Deferred payment:    $10,753.31 (non-interest bearing)
    h.  Balloon payment:    $20,478.76

(3)  *Within fourteen (14) days* from the date of this Order the Debtors shall incorporate the terms of the modified loan terms by the filing of an Amended Chapter 13 Plan;

BY THE COURT:

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court