# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-11217 |
| Leo J. Nixon, | : | |
|     Debtor | : | Chapter 13 |
| | : | |
| Leo J. Nixon, | : | Related to Document No. 43 |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Specialized Loan Servicing, LLC, | : | |
| | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|     Respondents | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the ***Order*** by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **August 20, 2020**

*By: /s/ Kathryn Schwartz*
Kathryn Schwartz, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

**MATRIX**

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Leo J. Nixon
2318 Reed Street
Erie, PA 16503
*Service via US Mail*

Specialized Loan Servicing
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129
*Service via US Mail*