## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-11217 TPA |
| Leo J. Nixon, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Leo J. Nixon, | : | Related to Document No. 39 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Specialized Loan Servicing, LLC, | : | |
| | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

### ORDER

**AND NOW**, this **19th** day of _____August_____, **2020**, it is hereby **ORDERED** that:

(1) The Modification Agreement between **Leo J. Nixon & Specialized Loan Servicing, LLC** is approved;

(2) The terms of the loan shall be as follows:

   a. Due Date:            September 1, 2020 and the 1st of each month thereafter;
   b. New Monthly Payment: $285.37 = $95.33 (P&I) + $190.04 (Escrow)
   c. Interest Rate:       3.375%;
   d. Loan Term:           40 Years;
   e. Maturity Date:       March 1, 2033;
   f. Principal Balance:   $35,844.36; (*only $25,091.05 is interest-bearing)
   g. Deferred payment:    $10,753.31 (non-interest bearing)
   h. Balloon payment:     $20,478.76

(3) *Within fourteen (14) days* from the date of this Order the Debtors shall incorporate the terms of the modified loan terms by the filing of an Amended Chapter 13 Plan;

BY THE COURT:

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-11217-TPA
Leo J. Nixon                                                            Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1　　　User: mgut　　　Page 1 of 1　　　Date Rcvd: Aug 19, 2020
　　　　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2020.
db　　　　　+Leo J. Nixon,　  2318 Reed Street,　  Erie, PA 16503-2140

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2020 at the address(es) listed below:
    Daniel P. Foster    on behalf of Debtor Leo J. Nixon dan@mrdebtbuster.com,
     katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com
    James   Warmbrodt    on behalf of Creditor    ABFC 2002-WF1 Trust, ABFC Mortgage Loan Asset-Backed
     Certificates, Series 2002-WF1, U.S. Bank National Et Al... bkgroup@kmllawgroup.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                                     TOTAL: 4