**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 19-11217-TPA |
| | : | |
| **Leo J. Nixon,** | : | **CHAPTER 13** |
|     Debtor, | : | |
| _____ | : | **RELATED TO DOCKET NO: 47 & 48** |
| **Leo J. Nixon,** | : | |
|     Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|     Chapter 13 Trustee, | : | |
|     Respondent. | : | |

**CERTIFICATE OF SERVICE**

    I, Kathryn Schwartz, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the **Amended Chapter 13 Plan, Notice of Proposed Modification and Order** on the parties listed below by First Class Pre-paid United States mail.

Date Served: <u>September 9, 2020</u>

Respectfully submitted,
<u>/s/ Kathryn Schwartz</u>
Kathryn Schwartz
Head Paralegal
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

```
Label Matrix for local noticing           U.S. Bankruptcy Court                    Ally Financial
0315-1                                    U.S. Courthouse, Room B160               PO Box 380901
Case 19-11217-TPA                         17 South Park Row                        Bloomington, MN 55438-0901
WESTERN DISTRICT OF PENNSYLVANIA          Erie, PA 16501-1169
Erie
Wed Sep  9 09:58:15 EDT 2020

Capital One, N.A.                         Chex Systems Inc.                        Credit One Bank Na
c/o Becket and Lee LLP                    Attn: Customer Relations                 Po Box 98872
PO Box 3001                               7805 Hudson Road                         Las Vegas, NV 89193-8872
Malvern PA 19355-0701                     Suite 100
                                          Saint Paul, MN 55125-1703

Erie Federal Credit Union                 Erie Water Works                         First Federal Credit Control
3503 Peach Street                         340 West Bayfront Parkway                24700 Chagrin Boulevard
Erie, PA 16508-2741                       Erie, PA 16507-2004                      Cleveland, OH 44122-5662


First Premier Bank                        (p)JEFFERSON CAPITAL SYSTEMS LLC         Kohls / Capital One
3820 North Louise Avenue                  PO BOX 7999                              Po Box 3115
Sioux Falls, SD 57107-0145                SAINT CLOUD MN 56302-7999                Milwaukee, WI 53201-3115


LVNV Funding LLC                          LVNV Funding, LLC                        MERRICK BANK
c/o Resurgent Capital Services            Resurgent Capital Services               Resurgent Capital Services
PO Box 10675                              PO Box 10587                             PO Box 10368
Greenville, SC 29603-0675                 Greenville, SC 29603-0587                Greenville, SC 29603-0368

Merrick Bank Corporation                  Midnight Velvet                          Office of the United States Trustee
Po Box 9201                               1112 7th Avenue                          Liberty Center.
Old Bethpage, NY 11804-9001               Monroe, WI 53566-1364                    1001 Liberty Avenue, Suite 970
                                                                                   Pittsburgh, PA 15222-3721

Premier Bankcard, Llc                     Specialized Loan Servicing               U.S. Bank National Association Trustee (See
Jefferson Capital Systems LLC Assignee    8742 Lucent Boulevard                    c/o Specialized Loan Servicing LLC
Po Box 7999                               Suite 300                                8742 Lucent Blvd, Suite 300
Saint Cloud Mn 56302-7999                 Littleton, CO 80129-2386                 Highlands Ranch, Colorado 80129-2386

UPMC Hamot Surgery Center                 Webbank / Fingerhut                      Daniel P. Foster
200 State Street                          6250 Ridgewood Road                      Foster Law Offices
Erie, PA 16507-1499                       Saint Cloud, MN 56303-0820               1210 Park Avenue
                                                                                   Meadville, PA 16335-3110


Leo J. Nixon                              Ronda J. Winnecour
2318 Reed Street                          Suite 3250, USX Tower
Erie, PA 16503-2140                       600 Grant Street
                                          Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ABFC 2002-WF1 Trust, ABFC Mortgage Loan As       End of Label Matrix
                                                    Mailable recipients    25
                                                    Bypassed recipients     1
                                                    Total                  26