IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 19-11217-TPA |
| Leo J. Nixon | ) | |
| | ) | |
| | ) | Chapter 13 |
| Debtor | ) | Document No. _____ |
| | ) | Related to Document No. 56 |

### CONSENT ORDER MODIFYING NOVEMBER 17, 2020 ORDER

AND NOW, this _____ day of _____, 2021, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated November 17, 2020 it is

ORDERED that Part "A.5." be amended to add the following: The claim of AFBC 2002-WF1 Trust (Claim No. 8-2) shall be paid per the loan modification order entered August 19, 2020 (Doc. 43) with payment changes implemented.

The November 17, 2020 order otherwise remains in full force and effect.

BY THE COURT:

_____
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Daniel P. Foster
Daniel P. Foster, Esquire (PA I.D. #92376)
Attorney for the debtor
Foster Law Offices
Po Box 966
Meadville PA 16335
814-724-1165
dan@mrdebtbuster.com