FILED
3/11/21 3:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 19-11217-TPA |
| Leo J. Nixon | ) |
| | ) |
| | ) Chapter 13 |
| Debtor | ) |
| | ) Related to Document No. 56 |

### CONSENT ORDER MODIFYING NOVEMBER 17, 2020 ORDER

AND NOW, this 11th day of March, 2021, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated November 17, 2020 it is

ORDERED that Part "A.5." be amended to add the following: The claim of AFBC 2002-WF1 Trust (Claim No. 8-2) shall be paid per the loan modification order entered August 19, 2020 (Doc. 43) with payment changes implemented.

The November 17, 2020 order otherwise remains in full force and effect.

BY THE COURT:

_____ asg
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Daniel P. Foster
Daniel P. Foster, Esquire (PA I.D. #92376)
Attorney for the debtor
Foster Law Offices
Po Box 966
Meadville PA 16335
814-724-1165
dan@mrdebtbuster.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11217-TPA |
| Leo J. Nixon | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: mgut | Page 1 of 2 |
| Date Rcvd: Mar 11, 2021 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leo J. Nixon, 2318 Reed Street, Erie, PA 16503-2140 |
| cr | + | ABFC 2002-WF1 Trust, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15184011 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15168871 | + | Erie Federal Credit Union, 3503 Peach Street, Erie, PA 16508-2741 |
| 15168872 | + | Erie Water Works, 340 West Bayfront Parkway, Erie, PA 16507-2004 |
| 15287715 | + | FFCC, 24700 Chagrin Blvd, Cleveland, OH 44122-5647 |
| 15168874 | + | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15168879 | + | Specialized Loan Servicing, LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 15201220 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 15168880 | + | UPMC Hamot Surgery Center, 200 State Street, Erie, PA 16507-1499 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15168868 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 12 2021 04:47:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 15168869 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Mar 12 2021 04:49:00 | Chex Systems Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1703 |
| 15168870 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 12 2021 04:12:27 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15168873 | | Email/Text: jill@ffcc.com | Mar 12 2021 04:47:00 | First Federal Credit Control, 24700 Chagrin Boulevard, Cleveland, OH 44122 |
| 15194594 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 12 2021 04:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15168875 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 12 2021 04:47:00 | Kohls / Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15168876 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2021 04:16:38 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10675, Greenville, SC 29603-0675 |
| 15170513 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2021 04:12:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15174851 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 12 2021 04:16:30 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15168877 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 12 2021 04:16:30 | Merrick Bank Corporation, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15168878 | + | Email/Text: bankruptcy@sccompanies.com | Mar 12 2021 04:49:00 | Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15192397 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 12 2021 04:48:00 | Premier Bankcard, Llc, Jefferson Capital Systems |

| District/off: 0315-1 | User: mgut | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 11, 2021 | Form ID: pdf900 | Total Noticed: 23 |

| | | | | LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
|---|---|---|---|---|
| 15168881 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 12 2021 04:49:00 | Webbank / Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ABFC 2002-WF1 Trust, ABFC Mortgage Loan Asset-Back |
| 15284910 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2021                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor ABFC 2002-WF1 Trust  ABFC Mortgage Loan Asset-Backed Certificates, Series 2002-WF1, U.S. Bank National Et Al... bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Leo J. Nixon dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4