# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### (ERIE)

| | |
|---|---|
| IN RE: ) | |
| LEO J. NIXON, ) | CASE NO.: 19-11217-JCM |
| ) | CHAPTER 13 |
| DEBTOR. ) | JUDGE JOHN C. MELARAGNO |
| ) | |
| ABFC 2002-WF1 TRUST, ABFC MORTGAGE ) | |
| LOAN ASSET-BACKED CERTIFICATES, ) | |
| SERIES 2002-WF1, U.S. BANK NATIONAL ) | |
| ASSOCIATION, AS TRUSTEE, SUCCESSOR ) | |
| IN INTEREST TO WACHOVIA BANK, N.A. ) | |
| FORMERLY KNOWN AS FIRST UNION ) | |
| NATIONAL BANK, AS TRUSTEE AS ) | |
| SERVICED BY NEWREZ LLC D/B/A ) | |
| SHELLPOINT MORTGAGE SERVICING, ) | |
| ) | |
| CREDITOR. ) | |
| ) | |
| LEO J. NIXON, DEBTOR, AND ) | |
| RONDA J. WINNECOUR, TRUSTEE, ) | |
| ) | |
| RESPONDENTS. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of ABFC 2002-WF1 Trust, ABFC Mortgage Loan Asset-Backed Certificates, Series 2002-WF1, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A. formerly known as First Union National Bank, as Trustee as serviced by NewRez LLC D/B/A Shellpoint Mortgage Servicing and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 12th day of November 2024

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 12th day of November 2024.

*DEBTOR*
LEO J. NIXON
2318 REED STREET
ERIE, PA 16503

*ATTORNEY FOR DEBTOR*
DANIEL P. FOSTER
FOSTER LAW OFFICES
1210 PARK AVENUE
MEADVILLE, PA 16335
DAN@MRDEBTBUSTER.COM

*TRUSTEE*
RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

*U.S. TRUSTEE*
OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 1316
PITTSBURGH, PA 15222
USTPREGION03.PI.ECF@USDOJ.GOV

    /s/ Joshua I. Goldman
    Joshua I. Goldman, Esq
    Pennsylvania Bar # 205047
    PADGETT LAW GROUP
    6267 Old Water Oak Road, Suite 203
    Tallahassee, FL 32312
    (850) 422-2520 (telephone)
    (850) 422-2567 (facsimile)
    josh.goldman@padgettlawgroup.com
    *Counsel for Creditor*