IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Leo J. Nixon | : | Case No. 19-11217-JCM |
| | : | Chapter 13 |
|       Debtor(s) | : | |
| | : | |
| Ronda J. Winnecour, Chapter 13 | : | Related to:  Document No. 75 |
| Trustee | : | |
|       Movant(s) | : | |
| | : | |
|       vs. | : | |
| | : | |
| Leo J. Nixon | : | |
| | : | |
|       Respondent(s) | : | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on December 4, 2024 (document #75) is hereby WITHDRAWN.  The hearing scheduled for January 7, 2025 is cancelled.

Respectfully submitted,

12/10/2024

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED.

Dated:  December 10, 2024

_____
John C. Melaragno, Judge   glb
United States Bankruptcy Court

SIGNED
12/10/24 4:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-11217-JCM

Leo J. Nixon     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3
Date Rcvd: Dec 10, 2024     Form ID: pdf900     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leo J. Nixon, 2318 Reed Street, Erie, PA 16503-2140 |
| cr | + | ABFC 2002-WF1 Trust, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | ABFC 2002-WF1 Trust, ABFC Mortgage Loan Asset-Back, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | ABFC 2002-WF1 Trust, ABFC Mortgage Loan Asset-Back, 14841 Dallas Parkway, Ste 350, Dallas, TX 75254-7685 |
| cr | + | ABFC 2002-WF1 Trust, ABFC Mortgage Loan Asset-Back, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312 UNITED STATES 32312-3858 |
| 15168872 | + | Erie Water Works, 340 West Bayfront Parkway, Erie, PA 16507-2004 |
| 15168880 | + | UPMC Hamot Surgery Center, 200 State Street, Erie, PA 16507-1499 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16427394 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 11 2024 00:04:00 | ABFC 2002-WF1 Trust,, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15168868 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 11 2024 00:04:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 15184011 | | Email/PDF: bncnotices@becket-lee.com | Dec 11 2024 00:08:43 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15168869 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Dec 11 2024 00:06:00 | Chex Systems Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1595 |
| 15168870 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 11 2024 00:08:29 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15168871 | + | Email/Text: kslater@eriefcu.org | Dec 11 2024 00:05:00 | Erie Federal Credit Union, 3503 Peach Street, Erie, PA 16508-2741 |
| 15168873 | | Email/Text: rj@ffcc.com | Dec 11 2024 00:04:00 | First Federal Credit Control, 24700 Chagrin Boulevard, Cleveland, OH 44122 |
| 15168874 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 11 2024 00:08:32 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15194594 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 11 2024 00:06:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15168875 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 11 2024 00:04:00 | Kohls / Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15168876 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2024 00:08:32 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10675, Greenville, SC 29603-0675 |
| 15170513 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 11 2024 00:08:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15174851 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 11 2024 00:08:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15168877 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 11 2024 00:20:40 | Merrick Bank Corporation, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15168878 | + | Email/Text: bankruptcy@sccompanies.com | Dec 11 2024 00:06:00 | Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15192397 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 11 2024 00:06:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15168879 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 11 2024 00:05:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 15201220 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 11 2024 00:05:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 15168881 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 11 2024 00:06:00 | Webbank / Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ABFC 2002-WF1 Trust, ABFC Mortgage Loan Asset-Back |
| cr | | ABFC 2002-WF1 Trust, ABFC Mortgage Loan Asset-Back |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 15284910 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 15287715 | ##+ | FFCC, 24700 Chagrin Blvd, Cleveland, OH 44122-5630 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2024     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Leo J. Nixon dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2024 | Form ID: pdf900 | Total Noticed: 26 |

Denise Carlon
    on behalf of Creditor ABFC 2002-WF1 Trust  ABFC Mortgage Loan Asset-Backed Certificates, Series 2002-WF1, U.S. Bank National Et Al... dcarlon@kmllawgroup.com

Joshua I. Goldman
    on behalf of Creditor ABFC 2002-WF1 Trust  ABFC Mortgage Loan Asset-Backed Certificates, Series 2002-WF1, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A. formerly known as First Uni josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5