**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| LEO J NIXON | Case No.:19-11217 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 28, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/09/2019 and confirmed on 1/30/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 55,895.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 55,895.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,780.00 | |
|    Trustee Fee | 2,880.19 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,660.19 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ABFC 2002-WF1 TRUST ABFC MTG LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2182 | | | | |
|   ABFC 2002-WF1 TRUST ABFC MTG LOAN | 1,487.54 | 1,487.54 | 0.00 | 1,487.54 |
|     Acct: 2182 | | | | |
|   ABFC 2002-WF1 TRUST ABFC MTG LOAN | 0.00 | 17,365.22 | 0.00 | 17,365.22 |
|     Acct: 2182 | | | | |
|   ABFC 2002-WF1 TRUST ABFC MTG LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2182 | | | | |
|   ERIE WATER WORKS* | 539.89 | 539.89 | 0.00 | 539.89 |
|     Acct: 2760 | | | | |
|   ERIE FEDERAL CREDIT UNION(*) | 25,408.53 | 25,408.53 | 3,257.26 | 28,665.79 |
|     Acct: 8563 | | | | |
| | | | | 48,058.44 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LEO J NIXON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,780.00 | 3,780.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2214 | | | | |
|   PREMIER BANKCARD LLC; JEFFERSON C | 937.87 | 29.34 | 0.00 | 29.34 |
|     Acct: 5736 | | | | |
|   CAPITAL ONE NA** | 1,416.07 | 44.29 | 0.00 | 44.29 |
|     Acct: 3938 | | | | |
|   LVNV FUNDING LLC | 1,076.60 | 33.68 | 0.00 | 33.68 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 9593 | | | | |
|     MERRICK BANK | 982.82 | 30.74 | 0.00 | 30.74 |
|     Acct: 9891 | | | | |
|     MIDNIGHT VELVET | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8550 | | | | |
|     JEFFERSON CAPITAL SYSTEMS LLC* | 1,225.00 | 38.32 | 0.00 | 38.32 |
|     Acct: 2903 | | | | |
|     FIRST FEDERAL CREDIT CONTROL | 359.50 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     HAMOT SURGERY CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 176.37 |

| TOTAL PAID TO CREDITORS | | | | 48,234.81 |
|---|---|---|---|---:|

TOTAL CLAIMED
PRIORITY            0.00
SECURED       27,435.96
UNSECURED      5,997.86

Date: 01/28/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    LEO J NIXON

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:19-11217

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                               Case No. 19-11217-JCM

Leo J. Nixon                                                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                                      User: auto                                         Page 1 of 3
Date Rcvd: Jan 29, 2025                          Form ID: pdf900                              Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leo J. Nixon, 2318 Reed Street, Erie, PA 16503-2140 |
| cr | + | ABFC 2002-WF1 Trust, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | ABFC 2002-WF1 Trust, ABFC Mortgage Loan Asset-Back, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312 UNITED STATES 32312-3858 |
| cr | + | ABFC 2002-WF1 Trust, ABFC Mortgage Loan Asset-Back, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | ABFC 2002-WF1 Trust, ABFC Mortgage Loan Asset-Back, 14841 Dallas Parkway, Ste 350, Dallas, TX 75254-7685 |
| 15168872 | + | Erie Water Works, 340 West Bayfront Parkway, Erie, PA 16507-2004 |
| 15168880 | + | UPMC Hamot Surgery Center, 200 State Street, Erie, PA 16507-1499 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16427394 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 30 2025 00:14:00 | ABFC 2002-WF1 Trust,, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15168868 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 30 2025 00:13:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 15184011 | | Email/PDF: bncnotices@becket-lee.com | Jan 30 2025 00:18:16 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15168869 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jan 30 2025 00:16:00 | Chex Systems Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1595 |
| 15168870 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 30 2025 00:18:02 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15168871 | + | Email/Text: kslater@eriefcu.org | Jan 30 2025 00:15:00 | Erie Federal Credit Union, 3503 Peach Street, Erie, PA 16508-2741 |
| 15168873 | | Email/Text: rj@ffcc.com | Jan 30 2025 00:13:00 | First Federal Credit Control, 24700 Chagrin Boulevard, Cleveland, OH 44122 |
| 15168874 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 30 2025 01:29:55 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15194594 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 30 2025 00:16:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15168875 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 30 2025 00:13:00 | Kohls / Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15168876 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2025 00:18:04 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10675, Greenville, SC |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2025 | Form ID: pdf900 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | 29603-0675 |
| 15170513 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2025 01:19:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15174851 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 30 2025 00:30:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15168877 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 30 2025 00:18:04 | Merrick Bank Corporation, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15168878 | + | Email/Text: bankruptcy@sccompanies.com | Jan 30 2025 00:16:00 | Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15192397 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 30 2025 00:16:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15168879 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 30 2025 00:14:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 15201220 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 30 2025 00:14:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 |
| 15168881 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 30 2025 00:16:00 | Webbank / Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ABFC 2002-WF1 Trust, ABFC Mortgage Loan Asset-Back |
| cr | | ABFC 2002-WF1 Trust, ABFC Mortgage Loan Asset-Back |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 15284910 | *++++ | U.S. BANK NATIONAL ASSOCIATION TRUSTEE (SEE 410), C/O SPECIALIZED LOAN SERVICING LLC, 8742 KENDRICK CASTILLO WAY STE 300, HIGHLANDS RANCH CO 80129-3155, address filed with court:, U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 |
| 15287715 | ##+ | FFCC, 24700 Chagrin Blvd, Cleveland, OH 44122-5630 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2025              Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:

**Name**                          **Email Address**

District/off: 0315-1 User: auto Page 3 of 3
Date Rcvd: Jan 29, 2025 Form ID: pdf900 Total Noticed: 26

| Name | Details |
|---|---|
| Daniel P. Foster | on behalf of Debtor Leo J. Nixon dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor ABFC 2002-WF1 Trust  ABFC Mortgage Loan Asset-Backed Certificates, Series 2002-WF1, U.S. Bank National Et Al... dcarlon@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor ABFC 2002-WF1 Trust  ABFC Mortgage Loan Asset-Backed Certificates, Series 2002-WF1, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A. formerly known as First Uni josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5