Certificate Number: 03088-PAW-DE-039299562

Bankruptcy Case Number: 19-11217



03088-PAW-DE-039299562

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 2, 2025, at 3:37 o'clock PM CST, Leo J Nixon completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 2, 2025              By:    /s/Lorenza Garcia

                                      Name:  Lorenza Garcia

                                      Title: Counselor