IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    LEO J NIXON

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:19-11217

Chapter 13

Related Document No. 80

ORDER OF COURT

  AND NOW, this \_\_\_\_18th\_\_\_\_ day of _____March_____, 20 25 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
John C. Melaragno, Judge  dak
United States Bankruptcy Court

SIGNED
3/18/25 1:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Leo J. Nixon  
    Debtor

Case No. 19-11217-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Mar 18, 2025      Form ID: pdf900      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leo J. Nixon, 2318 Reed Street, Erie, PA 16503-2140 |
| cr | + | ABFC 2002-WF1 Trust, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | ABFC 2002-WF1 Trust, ABFC Mortgage Loan Asset-Back, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312 UNITED STATES 32312-3858 |
| cr | + | ABFC 2002-WF1 Trust, ABFC Mortgage Loan Asset-Back, 14841 Dallas Parkway, Ste 350, Dallas, TX 75254-7685 |
| cr | + | ABFC 2002-WF1 Trust, ABFC Mortgage Loan Asset-Back, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15168872 | + | Erie Water Works, 340 West Bayfront Parkway, Erie, PA 16507-2004 |
| 15168880 | + | UPMC Hamot Surgery Center, 200 State Street, Erie, PA 16507-1499 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16427394 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 19 2025 00:24:00 | ABFC 2002-WF1 Trust,, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15168868 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 19 2025 00:24:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 15184011 | | Email/PDF: bncnotices@becket-lee.com | Mar 19 2025 00:29:20 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15168869 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Mar 19 2025 00:26:00 | Chex Systems Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1595 |
| 15168870 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 19 2025 00:41:06 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15168871 | + | Email/Text: kslater@eriefcu.org | Mar 19 2025 00:25:00 | Erie Federal Credit Union, 3503 Peach Street, Erie, PA 16508-2741 |
| 15168873 | | Email/Text: rj@ffcc.com | Mar 19 2025 00:24:00 | First Federal Credit Control, 24700 Chagrin Boulevard, Cleveland, OH 44122 |
| 15168874 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 19 2025 00:29:21 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15194594 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 19 2025 00:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15168875 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 19 2025 00:24:00 | Kohls / Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15168876 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2025 00:28:36 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10675, Greenville, SC |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: pdf900 | Total Noticed: 26 |

| | | | | 29603-0675 |
|---|---|---|---|---|
| 15170513 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2025 00:28:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15174851 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 19 2025 00:28:52 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15168877 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 19 2025 00:29:11 | Merrick Bank Corporation, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15168878 | + | Email/Text: bankruptcy@sccompanies.com | Mar 19 2025 00:27:00 | Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15192397 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 19 2025 00:26:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15168879 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 19 2025 00:25:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 15201220 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 19 2025 00:25:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 |
| 15168881 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 19 2025 00:26:00 | Webbank / Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ABFC 2002-WF1 Trust, ABFC Mortgage Loan Asset-Back |
| cr | | ABFC 2002-WF1 Trust, ABFC Mortgage Loan Asset-Back |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 15284910 | *++++ | U.S. BANK NATIONAL ASSOCIATION TRUSTEE (SEE 410), C/O SPECIALIZED LOAN SERVICING LLC, 8742 KENDRICK CASTILLO WAY STE 300, HIGHLANDS RANCH CO 80129-3155, address filed with court:, U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 |
| 15287715 | ##+ | FFCC, 24700 Chagrin Blvd, Cleveland, OH 44122-5630 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Mar 18, 2025 | Form ID: pdf900 | Total Noticed: 26

Daniel P. Foster
    on behalf of Debtor Leo J. Nixon dan@mrdebtbuster.com
    katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
    on behalf of Creditor ABFC 2002-WF1 Trust  ABFC Mortgage Loan Asset-Backed Certificates, Series 2002-WF1, U.S. Bank
    National Et Al... dcarlon@kmllawgroup.com

Joshua I. Goldman
    on behalf of Creditor ABFC 2002-WF1 Trust  ABFC Mortgage Loan Asset-Backed Certificates, Series 2002-WF1, U.S. Bank
    National Association, as Trustee, successor in interest to Wachovia Bank, N.A. formerly known as First Uni
    josh.goldman@padgettlawgroup.com,
    angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5